Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00138-CV

____________

 

NATHAN E. SCHWARTZ, Appellant

 

V.

 

STATE HIGH YIELD INVESTMENT MANAGEMENT CORP., INC., Appellee

 



 

On Appeal from the
334th District Court

Harris
County, Texas

Trial Court Cause
No. 05-27495

 



 

M E M O R
A N D U M O P I N I O N

This is an appeal from a judgment signed November 14, 2005. 
On March 22, 2007, this court abated the appeal because appellant petitioned
for voluntary bankruptcy in the United States Bankruptcy Court for the Southern
District of Texas, under cause number 07-30508-M1-7.  See Tex. R. App.
P. 8.2.  

Through the Public Access to Court Electronic Records (PACER)
system, the court has learned that the bankruptcy case was closed on February
1, 2008.  The parties failed to advise this court of the bankruptcy court
action.








On June 11, 2009, this court issued an order stating that
unless any party to the appeal filed a motion demonstrating good cause to
retain the appeal within twenty days of the date of the order, this appeal
would be dismissed for want of prosecution.  See Tex. R. App. P. 42.3(b). 
No response was filed.  

Accordingly, we reinstate the appeal and order it dismissed.

 

PER CURIAM

 

Panel consists of Justices
Seymore, Brown, and Sullivan.